```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    BRUCE H. SEARBY (SBN 183267)
 4  Assistant United States Attorney
    Public Integrity & Environmental Crimes Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-5423
 7       Facsimile: (213) 894-6436
         bruce.searby@usdoj.gov
 8

 9  Attorneys for Plaintiff
    United States of America
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 07-708(A)-SVW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR DESIGNATING AND DETAINING MATERIAL WITNESS |
| v. | ) |
| ANDRANIK PETROSIAN, aka "Andranik Petrosyan," aka "Andrey," | ) |
| Defendant. | ) |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following person is hereby declared to be a material witness in the above-captioned case: FERNANDO LANTANO ("LANTANO"), Alien File # A044066321, date of birth January 7, 1966.

IT IS HEREBY FURTHER ORDERED that this aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California, based on the

1  Court's finding, pursuant to 18 U.S.C. § 3142(e)-(f) that, based
2  on the record, no condition or combination of conditions will
3  ensure the material witness's appearance in the criminal matter
4  against the risk of flight.

DATED: 2/26/08

/s/ *signature*
HON. CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ *signature*
BRUCE H. SEARBY
Assistant United States Attorney