1  JILBERT TAHMAZIAN, ESQ. [SBN: 143574]
   LAW OFFICES OF JILBERT TAHMAZIAN
2  1518 W. Glenoaks Boulevard
   Glendale, California 91201
3
   Telephone No. (818) 242-8201
4  Facsimile No.  (818) 242-8246
   Email: Jilbert@JilbertLaw.com
5  Attorneys for Defendant
   ANDRANIK PETROSIAN
6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 07-708(A) - SVW |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO CONTINUE SENTENCING |
| ANDRANIK PETROSIAN, | ) HEARING AND RULE 29 MOTION |
| Defendant. | ) Sentencing Date:     March 16, 2009 |
|  | ) Proposed New Date:   April 27, 2009 |

Based upon representations found in the Motion to Continue Sentencing Hearing and Rule 29 Motion, the Court finds that the ends of justice would be served by granting the continuance requested by the parties. Accordingly, after due consideration, the Motion is hereby GRANTED.

It is further ORDERED that the sentencing hearing and Rule 29 Motion is reset to April 27, 2009 at 11:00 a.m. It is further ORDERED that the defense counsel file sentencing objections and supplemental memorandum to Rule 29 motion on or before April 13, 2009. The government shall file its opposition, if any, on or before April 20, 2009.

Dated: March 12, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

ORDER TO CONTINUE  SENTENCING HEARING